**MARK W. COLEMAN #117306**
**NUTTALL & COLEMAN**
2445 CAPITOL STREET, SUITE 150
FRESNO, CALIFORNIA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant,
RENE PAUL DIAZ

(SPACE BELOW FOR FILING STAMP ONLY)

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RENE PAUL DIAZ, et al.,<br><br>Defendant. | CASE NO.: **12-CR-00415 LJO**<br><br>**STIPULATION TO CONTINUE SENTENCING<br>AND<br>O R D E R** |

TO: THE UNITED STATES DISTRICT COURT; UNITED STATES ATTORNEY'S OFFICE and/or ITS REPRESENTATIVES:

IT IS HEREBY STIPULATED and agreed by and between attorneys for the respective clients that the Sentencing hearing currently on calendar for December 16, 2013, at 8:30 a.m., be continued to January 6, 2014, at 8:30 a.m., or as soon thereafter as is convenient to the court's calendar.

The continuance is requested by counsel for Defendant, RENE PAUL DIAZ. Counsel, Mark W. Coleman, has had a death in his family and must attend the funeral on Monday, December 16, 2013, in Auburn, CA.

Counsel for Defendant has spoken with Assistant U. S. Attorney, MELANIE ALSWORTH, who has no objection to this continuance.

Dated: December 11, 2013.    Respectfully Submitted,

NUTTALL & COLEMAN

/s/ Mark W. Coleman

MARK W. COLEMAN
Attorney for Defendant,
RENE PAUL DIAZ

Dated: December 11 , 2013.    UNITED STATES ATTORNEY'S OFFICE

/s/ Melanie Alsworth

MELANIE ALSWORTH
Assistant U.S. Attorney

\* \* \* \* \* \* \*

O R D E R

IT IS SO ORDERED.

Dated:  **December 11, 2013**          **/s/ Lawrence J. O'Neill**
                              UNITED STATES DISTRICT JUDGE